Receipt # 11089054
12/16/09 $3.15
dlm

TO: CLERK

FROM: THOMAS A. DOREY, PO Box 247, Lakewood, N.Y. 14750

DATE: 12-15-09

CASE: Kenneth R. DeLong
Christine A. DeLong

DOCKET #: 05-93444

Enclosed please find:

( ) Chambers Copy of Motion

( ) Proposed Order

(✓) Checks under $5.00 — P/c 4 Buffalo Cardiology
( ) Other                    PO Box 1120
                             Buffalo, N.Y. 14240

**FILED DEC 16 2009 BANKRUPTCY COURT BUFFALO, N.Y.**